UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MARIO AMBROSIO LEWIS,           )
                                           )
          Petitioner,           )
                                           )
v.                               )   Nos. 2:22-CV-016
                               )        2:18-CR-121
UNITED STATES OF AMERICA,     )
                                         )
          Respondent.        )

## O R D E R

In accordance with the accompanying Memorandum Opinion, Petitioner's motion for equitable tolling [Doc. 5; Crim. Doc. 51] is **DENIED**, and his *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 1; Criminal Doc. 52] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

Further, for the reasons set forth in the Memorandum Opinion, a certificate of appealability **SHALL NOT ISSUE**. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith, and, should Petitioner file a notice of appeal, he is **DENIED** leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the civil file.

     **IT IS SO ORDERED.**

                                  ENTER:

                                      s/ Leon Jordan
                                 United States District Judge